FILED

# FORM FOR USE IN APPLICATIONS
# FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

03 OCT -6 AM 10: 46

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

NAME: SYLVESTER JOHNSON

PRISON NUMBER: D-026655

NAME OF PLACE OF CONFINEMENT: BAY CORRECTIONAL FACILITY

ADDRESS OF PLACE OF CONFINEMENT: 5400 BAYLINE DR. PANAMA CITY FLORIDA 32404

THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA,

MIDDLE DIVISION

CASE NO. 8'03 CV 2089-T 23 MSS
(TO BE SUPPLIED BY CLERK OF U.S. DISTRICT COURT)

SYLVESTER JOHNSON _____, PETITIONER
(FULL NAME)    (INCLUDE NAME UNDER WHICH YOU WERE CONVICTED)

VS.

D. WATSON ET al. _____, RESPONDENT
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER)

AND

THE ATTORNEY GENERAL OF THE STATE OF FLORIDA, _____, Charlie Crist, ADDITIONAL RESPONDENT.

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

(Rev. 1/97)                             1

## PETITION

1. Name and location of court which entered the judgment of conviction under attack and state court case number(s): 6TH JUDICIAL CIRCUIT, PINELLAS COUNTY FLORIDA

2. Date of judgment of conviction: FEB, 26 1996

3. Length of sentence: (10) Years MANdatoRY, Violent Habitual offender

4. Sentencing judge:

5. Nature of offense or offenses for which you were convicted: BURGLARY and Dealing in Stolen Property

6. What was your plea? (Check one)

   (a) Not guilty      (✓)
   (b) Guilty          ( )
   (c) Nolo contendere ( )

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: N/A

   N/A
   N/A
   N/A
   N/A
   N/A
   N/A

7. Type of trial: (Check one)

   (a) Jury (✓)        (b) Judge only ( )

8. Did you testify at the trial?  Yes (✓)  No ( )

9. Did you appeal from the judgment of the conviction? Yes (✓) No ( )

10. If you did appeal, answer the following:

    (a) Name of court _SECOND DISTRICT COURT APPEAL_

    (b) Result _Reversed in Part, Affirmed in Part_

    (c) Date of result _Let Record Reflect Correct date_

    If you filed a second appeal or filed a petition for certiorari in the Florida Supreme Court or the United States Supreme Court, give details: _N/A_

    _N/A_

    _N/A_

    _N/A_

11. Did you file any postconviction motions under either Florida Rule of Criminal Procedure 3.800 or 3.850 with the state trial court or any other postconviction motions or petitions for writ of habeas corpus with the state trial court or state appellate court to this judgment and conviction? Yes (✓) No ( )

12. If you did file any matters within the realm of question 11, answer the following as to each motion or petition. Attach separate pages as needed for each motion or petition filed.

    (a) The type of motion/petition filed _3.800(a), 3.850, STATE HABEAS CORPUS_

    (b) Date motion/petition filed _HABEAS CORPUS 9-13-03, 3.800(a) 5-27-03, 3.850 8-7-02_

    (c) Name of court _HABEAS CORPUS 14th JUD.CIR, 3.800(a); 3.850 6th JUD.CIR._

    (d) Result _HABEAS CORPUS DISMISSED WITHOUT Prejudice, 3.800(a); 3.850 Denied_

    (e) Date of result _let the Record Reflect Correct DATES_

13. If your motion or petition described in paragraph 12 was denied, did you file an appeal of that denial with the appropriate state appellate court? Yes ( ) No ( )

    As to each motion or petition (attach separate pages as needed) indicate:

    (a) Name of court where appeal filed _SECOND District Court APPEAL_

    (b) Date appeal filed _LEt Record Reflect_

    (c) Result _Reversed in Part, and Affirmed in Part_

    (d) Date of result _let the Record Reflect_

14. State *concisely* every ground on which you claim you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequence of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure (where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim).

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest (where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim).

(e) Conviction obtained by violation of the privilege against self-incrimination.

✓(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

✓(g) Conviction obtained by the violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.  Ground one: Conviction was unconstitutional imposed and in violation of and against Double Jeopardy.

Supporting FACTS (tell your story *briefly* without citing cases or law):

AT THE PETITIONER'S PRELIMINARY HEARING ON JULY 17, 1995 IN BOLD BLACK LETTERS, HONORABLE LENDERMAN RULING OF THE COURT WAS "ORDERED AND ADJUDGED" I FIND NO PROBABLE CAUSE FOR THE BURGLARY, HOWEVER I DO FIND Probable Cause on the dEALING IN STOLEN PROPERTY, BOND ON BURGLARY WAS REDUCED FROM 10,000 dollars to 5.00 dollars (5) THEN THE PETITIONER WAS REMOVED FROM THAT COURT ROOM BY THE PROSECUTOR AND PLACED IN ANOTHER COURT ROOM AND CONVICTED AND HABITUALIZED FOR THAT SAME BURGLARY AND GIVEN (30) MANDATORY YEARS FOR A OFFENSE THE JUDGE FOUND No-Probable Cause ON.

Exhaustion of ground one in the state courts:

(1) Did you raise ground one in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
Yes (✓)   No ( )

(2) After your conviction did you raise ground one in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
Yes ( )   No ( )

   (a) If your answer is "yes", then state:

      i. Date motion filed  3.800(a); 3.850 let the record Reflect

      ii. Whether you received an evidentiary hearing  NO

      iii. Result 3.800(a) denied; 3.850 grounds Procedurally barred.

      iv. Date of result  LET The Record REFLECT

   (b) If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal?
Yes (✓)   No ( )

    i.  If you failed to appeal the denial of your Rule 3.850 motion, explain briefly why _____

    ii.  Date appeal filed, result of appeal, and date of result _LET RECORD RE-FLECT, REVERSED IN A PART, AND AFFIRMED IN PART._

(3) Have you raised ground one in any other petition, application, or motion filed in the state courts of Florida?
Yes (✓)   No ( )

If your answer is yes, then give the details, including the date the petition, application, or motion was filed, grounds raised, the court's decision, and the date of said decision for each such petition, application, or motion, whether there was an appeal of each decision, and the result of the appeal _In a 3.800(a), and 3.850, where both were denied, Several grounds on 3.850 was Percedurally Barred where the Petitioner was represented by a train advocate of State official. The Petitioner's Habues CourPus in the 14 Jud. Cir. was dismissed without Prejudice on 9-13-03_

B. Ground two: _Evidence was insufficent to Support Conviction of dealing in Stolen Property :_

Supporting **FACTS** (tell your story *briefly* without citing cases or law):
_Without the Burclary, there was no substantial evidence to link the Petitioner to the offense of dealing in Stolen Property where there was testimony that the Property Cost under that required to be an felony, without Reciept of ownership, without Production of Serial Number of Said property and Petitioner testified that he found Property in a Garbage dumpster, there was No evidence presented to Prove he did not find it in the Garbage dumpster, and no lesser included was Submitted to Jury._

Exhaustion of ground two in the state courts:

(1) Did you raise ground two in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
Yes (✓)   No ( )

(2) After your conviction, did you raise ground two in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
Yes (✓)   No ( )

    (a) If your answer is "yes", then state:

        i. Date motion filed __let the Record Reflect__

        ii. Whether you received an evidentiary hearing __No__

        iii. Result __Denied and procedurally barred.__

        iv. Date of result __Let the Record Reflect__

    (b) If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal?  Yes (✓)   No ( )

        i. If you failed to appeal the denial of your Rule 3.850 motion, then explain briefly why _____

        ii. Date appeal filed, result of appeal, and date of result __Let Record Reflect date, Reversed in Part, and affirmed in Part.__

(3) Have you raised ground two in any other petition, application or motion filed in the state courts of Florida?
Yes (✓)   No ( )

If your answer is yes, then give the details, including the date the petition, application, or motion was filed, the grounds raised, the court's decision, and the date of said decision for each such petition, application, or motion, whether there was an appeal of each decision, and the result of the appeal __Direct Appeal was Per Curiam affirmed; 3.800(a) was denied, 3.850 was denied and procedurally barred in Part, and Notice of Appeal was Reversed in Part and affirmed in Part, and State Habeaus Corpus was dismissed without Prejudice in the State Court on 9-13-03.__

C.   Ground three: __NoNe__

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Exhaustion of ground three in the state courts:

(1)   Did you raise ground three in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
Yes ( )   No ( )

(2)   After your conviction did you raise ground three in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
Yes ( )   No ( )

(a)   If your answer is "yes", then state:

i.   Date motion filed _____

ii.  Whether you received an evidentiary hearing _____

iii. Result _____

iv.  Date of result _____

(b)   If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal?
Yes ( )   No ( )

      i. If you failed to appeal the denial of your Rule 3.850 motion, explain briefly why _____

      _____

      ii. Date appeal filed, result of appeal, and date of result_____

      _____

(3) Have you raised ground three in any other petition, application, or motion filed in the state courts of Florida?
Yes ( )   No ( )

If your answer is yes, then give the details, including the date the petition, application, or motion was filed, grounds raised, the court's decision, and the date of said decision for each such petition, application, or motion, whether there was an appeal of each decision, and the result of the appeal _____

_____
_____
_____
_____
_____
_____
_____
_____

D. Ground four:_____

Supporting FACTS (tell your story *briefly* without citing cases or law):_____

_____
_____
_____
_____
_____
_____

Exhaustion of ground four in the state courts:

(1) Did you raise ground four in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
Yes ( )   No ( )

(2) After your conviction did you raise ground four in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
Yes ( )   No ( )

    (a) If your answer is "yes", then state:

        i. Date motion filed _____

        ii. Whether you received an evidentiary hearing _____

        iii. Result_____

        iv. Date of the result_____

    (b) If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal? Yes ( )   No ( )

        i. If you failed to appeal the denial of your Rule 3.850 motion, explain briefly why _____

        ii. Date appeal filed, result of appeal, and date of result _____

(3) Have you raised ground four in any other petition, application, or motion filed in the state courts of Florida? Yes ( )   No ( )

If your answer is yes, then give the details, including the date the petition, application, or motion was filed, the grounds raised, the court's decision, and the date of said decision for each such petition, application, or motion, whether there was an appeal of each decision, and the result of the appeal _____

15. Have you previously filed any petitions, applications, or motions with respect to your judgment and conviction in any federal court?
    Yes ( )  No ( )

16. If your answer to 15 was "yes", give the following information:

    (a)  (1)  Name of court_____

         (2)  Nature of proceeding and date action filed_____
              _____

         (3)  Grounds raised_____
              _____
              _____
              _____
              _____

         (4)  Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No ( )

         (5)  Result_____

         (6)  Date of result_____

    (b)  As to any second petition, application or motion give the same information:

         (1)  Name of court_____

         (2)  Nature of proceeding and date action filed_____
              _____

         (3)  Grounds raised_____
              _____
              _____
              _____
              _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )

   (5) Result_____

   (6) Date of result_____

 (c) Did you appeal to the highest court having jurisdiction the result of any action taken on any petition, application or motion:

   (1) First petition, etc. Yes (✓) No ( )
   (2) Second petition, etc. Yes ( ) No ( )

 (d) Date appeal filed **let Record Reflect; Notice of APPeal**

   Result of appeal and date of result **reversed in Part, affirmed in Part**

 (e) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

17. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (✓)

18. If you have previously filed a petition for writ of habeas corpus related to this conviction and sentence in federal court, you must first move in the appropriate court of appeal for an order authorizing the federal district court to consider the application. Have you filed such a motion? Yes ( ) No ( )

 If your answer to question 18 is yes, provide the following information:

 (a) Name of court where motion filed _____

 (b) Date motion filed _____

 (c) Result and date of result_____

If your answer to question 18 is no, indicate why you failed to do so **Petitioner Attempts were to exhaust every available State rememdy first.**

19. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing Dane Disano, let Record Reflect Address July 17, 1995

   (b) At arraignment and plea Dane Disano Same As above'

   (c) At trial Richard Gurley ' Let Record Reflect Address

   (d) At sentencing Richard Gurley ' Same As Above

   (e) On appeal Public Defendant office, let Record Reflect Address

   (f) In any post-conviction proceeding Pro, Se Santa Rosa Correction and Bay Correction Facility

   (g) On appeal from any adverse ruling in post-conviction proceeding ___

20. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes (✓)  No ( )

21. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( )  No (✓)

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Date and length of sentence to be served in the future: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ( )  No ( )

(Rev. 1/87)

13

Wherefore, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

**I UNDERSTAND THAT ANY FALSE STATEMENT OR ANSWER TO ANY QUESTIONS IN THIS APPLICATION WILL SUBJECT ME TO THE PENALTIES OF PERJURY (A FINE OF $250,000 OR IMPRISONMENT FOR FIVE (5) YEARS, OR BOTH).**

I declare that under penalty of perjury that the foregoing is true and correct.

Executed on ___Sept 30, 2003___
　　　　　　　　　Date

_/s/ Sylvester Johnson_
　　　　　Signature

_____
Signature of Attorney (If Any)

(Rev. 1/97)　　　　　　　　　14